IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY CRAFT JOHNSON and PATRICIA MALONE, <br><br> Plaintiffs, <br><br> vs. <br><br> GUSTAV WEEKE MASCHINENBAU GmbH; GLEASON REEL CORPORATION; REXEL ELECTRICAL SUPPLY COMPANY, INC.; <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * CIVIL ACTION NO: 05-0380-P-D <br> * <br> * <br> * <br> * <br> * <br> * |

ORDER

Pending before this Court is Plaintiff's motion for this Court to appoint Plaintiffs' counsel as Officers of the Court for the sole purpose of executing service of process on Defendant Gustav Weeke Maschinenbau GmbH.

This Court notes that Plaintiffs filed this action on May 20, 2005 and that this Court granted an extension of time due to exigent circumstances until March 20, 2006 to perfect service.

For the sole purpose of perfecting service through the *Hague Convention on the Service Abroad of Judicial and Extra Judicial Documents in Civil and Commercial Matters*, this Court orders, under the authority of Powell v. Alabama, 287 U.S. 45, 53 (1932), that Plaintiffs' counsel

are "Officers of this Court," as deemed necessary by the letter dated November 9, 2005 by the Die Prasidentin des Oberlandesgerichts.

Done this 17th day of January, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE